CDE Global, Inc. v Barndt (2025 NY Slip Op 05400)

CDE Global, Inc. v Barndt

2025 NY Slip Op 05400

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND HANNAH, JJ.

702 CA 24-01520

[*1]CDE GLOBAL, INC., PLAINTIFF-RESPONDENT,
v
BRIAN BARNDT, CIRCULAR USA, INC., CIRCULAR GROUP, LTD., AND EOIN HERON, DEFENDANTS-APPELLANTS. 

THE GLENNON LAW FIRM P.C., ROCHESTER (LAUREN A. VALLE OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
EVERSHEDS SUTHERLAND (US) LLP, NEW YORK CITY (AMY R. ALBANESE OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Allegany County (Emilio Colaiacovo, J.), entered August 21, 2024. The order, insofar as appealed from, denied in part the motion of defendants to dismiss portions of the amended complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court